No. 383. MACKIEWICZ ET UX. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Curtiss K. Thompson* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Joseph M. Howard,* and *John M. Brant* for the United States.

No. 384. NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert J. Clerkin, Harry A. Margolis,* and *Marks F. Paskes* for petitioner. *Solicitor General Griswold, Assistant Attorney General Rogovin,* and *Crombie J. D. Garrett* for the United States.

No. 386. SWINFORD *v.* ALLIED FINANCE Co. OF CASA VIEW. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. *Thomas P. Brown III* for petitioner. *John Louis Shook* and *Dixon W. Holman* for respondent.

No. 388. MALCO MANUFACTURING Co. ET AL. *v.* NATIONAL CONNECTOR CORP. C. A. 8th Cir. Certiorari denied. *Erwin C. Heininger* for petitioner Amphenol Corp. *Ralph F. Merchant* for respondent.

No. 389. CONTINENTAL NUT Co. *v.* ROBERT L. BERNER Co. C. A. 7th Cir. Certiorari denied. *George L. Saunders, Jr., James C. Leaton,* and *Robert A. Sprecher* for petitioner. *James E. Knox, Jr.,* for respondent.

No. 392. SWAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frederick M. Reuss, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.